No. 00–7694. SMITH v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–7700. BUNNICH v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7701. BRYANT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7702. LEE v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7703. DIAZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7704. METHENY ET AL. v. HAMMONDS. C. A. 11th Cir. Certiorari denied.

No. 00–7709. VAUGHN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–7725. DAVIS v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 00–7748. TIPP v. AMSOUTH BANK, N. A. C. A. 11th Cir. Certiorari denied.

No. 00–7750. LASITER v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7754. MARTINEZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7760. AL-DIN, AKA PARKER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7762. FRANK v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–7764. GISSENDANER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.